Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Heather Fraley
Assistant Federal Public Defender
Texas State Bar No. 24050621
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heather_Fraley@fd.org

*Attorney for Petitioner Robert Grillo Soto

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Robert Grillo Soto, | Case No. 2:26-cv-00415-CDS-MDC |
| Petitioner | **Stipulation Dismissing as Moot Amended Petition for Writ of Habeas Corpus** |
| v. | |
| Pamela Bondi, *et al.*, | [ECF No. 8] |
| Respondents | |

On March 18, 2026, Petitioner Robert Grillo Soto was released from custody after the immigration court dismissed his removal proceedings. Accordingly, Mr. Grillo Soto and Respondents Pamela Bondi, et al., by and through their undersigned counsel, hereby stipulate and agree that the petition for writ of habeas

. . . .

. . . .

. . . .

corpus in this case be dismissed as moot.

Respectfully submitted this 23rd day of March, 2026.

TODD BLANCHE                          RENE L. VALLADARES
Deputy Attorney General of the        Federal Public Defender
United States
SIGAL CHATTAH
First Assistant United States
Attorney


*/s/ Tamer Botros*                    */s/ Heather Fraley*
Tamer Botros                          Heather Fraley
Assistant United States Attorney      Assistant Federal Public Defender


The Clerk of Court is kindly
directed to close this case.


_____
United States District Judge

Dated: ___March 24, 2026_____

2